An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CK WEST, LLC, A NEVADA LIMITED LIABILITY COMPANY; JAMES M. STUART, AN INDIVIDUAL; CANDACE STUART, AN INDIVIDUAL; KENNETH J. SULLIVAN, III, AN INDIVIDUAL; AND CENTRA PROPERTIES, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE,
Respondents,
and
2010-1 CRE VENTURE, LLC, A DELAWARE LIMITED LIABILITY COMPANY,
Real Party in Interest.

No. 60972

FILED

MAR 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

The parties have filed a stipulation to dismiss this petition for a writ of mandamus or prohibition. We approve the stipulation and hereby dismiss this writ petition. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.[1]

_____, A.C.J.

---

[1]Although the parties have requested that we remand this matter to the district court so that they may file a stipulation to dismiss the underlying case, we deny the request, as a remand is unnecessary for the parties to file a stipulation in the district court and would not be appropriate in the context of a petition for extraordinary relief.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07663

cc: Hon. Mark R. Denton, District Judge
Rice Silbey Reuther & Sullivan, LLP
Morris Law Group
Eighth District Court Clerk